USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/10/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X
    UNITED STATES OF AMERICA

                -v.-

    JASON ABBATE,

                Defendant.
------------------------------------- X

**FINAL ORDER OF FORFEITURE**

S1 10 Cr. 355 (VM)

WHEREAS, on or about June 14, 2012, this Court entered a Consent Preliminary Order of Forfeiture (the "Preliminary Order of Forfeiture") (D.E. 300), which ordered the forfeiture to the United States of all right, title and interest of JASON ABBATE (the "Defendant") in, *inter alia*, the following property:

    a. All funds on deposit in Account number 52329625 in the name of Jason Abbate, located at Citibank N.A. (the "Citibank Account-1");

    b. All funds on deposit in Account number 9969768751 in the name of Jason Abbate, located at Citibank N.A. (the "Citibank Account-2");

    c. All funds on deposit in Account number MQ2213141 in the name of Jason Abbate, located at UBS Financial Services (the "UBS Account");

    d. All funds on deposit in Account number 7432005879 in the name of Jason Abbate, located at Fifth Third Bank (the "FTB Account-1");

    e. All funds on deposit in Account number 9430570870 in the name of Jason Abbate, located at Fifth Third Bank (the "FTB Account-2");

    f. All funds on deposit in Account number 404717 in the name of Jason Abbate, located at SEI Private Trust Company (the "SEI Account-1");

    g. All funds on deposit in Account number 404717A in the name of Jason Abbate, located at SEI Private Trust Company (the "SEI Account-2");

    h. All funds on deposit in Account number 663035992053 in the name of Jason Abbate, located at Morgan Stanley Smith Barney LLC (the "Morgan Stanley Account-1"); and

        i.    All funds on deposit in Account number 1505042919041 in the name of Jason Abbate, located at Morgan Stanley Smith Barney LLC (the "Morgan Stanley Account-2");

(a. through i., collectively, the "Specific Property");

WHEREAS, the Preliminary Order of Forfeiture directed the United States to publish, for at least thirty (30) consecutive days, notice of the Preliminary Order of Forfeiture, notice of the United States' intent to dispose of the Specific Property, and the requirement that any person asserting a legal interest in the Specific Property must file a petition with the Court in accordance with the requirements of Title 21, United States Code, Sections 853(n)(2) and (3). Pursuant to Section 853(n), the United States could, to the extent practicable, provide direct written notice to any person known to have an alleged interest in the Specific Property and as a substitute for published notice as to those persons so notified;

WHEREAS, the provisions of Title 21, United State Code, Section 853(n)(1), Rule 32.2(b)(6) of the Federal Rules of Criminal Procedure, and Rules G(4)(a)(iv)(C) and G(5)(a)(ii) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, require publication of a notice of forfeiture and of the Government's intent to dispose of the Specific Property before the United States can have clear title to the Specific Property;

WHEREAS, the Notice of Forfeiture and the intent of the United States to dispose of the Specific Property was posted on an official government internet site (www.forfeiture.gov) beginning on October 18, 2013, for thirty (30) consecutive days, through November 16, 2013, pursuant to Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty and Maritime Claims and Asset Forfeiture Actions and proof of such publication was filed with the Clerk of the Court on November 7, 2025 (D.E. 344);

WHEREAS, the Government seized, *inter alia*, the following amounts from the Specific Property:

a. $29,236.19 in United States currency from the Citibank Account-1, seized by the Government on or about July 19, 2012;

b. $6,264.05 in United States currency from the Citibank Account-2, seized by the Government on or about July 19, 2012;

c. $178,847.70 in United States currency from the UBS Account, seized by the Government on or about September 7, 2012;

d. $4,210.70 in United States currency from the FTB Account-1, seized by the Government on or about September 7, 2012;

e. $8,093.75 in United States currency from the FTB Account-2, seized by the Government on or about September 7, 2012;

f. $100,836.56 in United States currency from the SEI Account-2, seized by the Government on or about July 19, 2012;

g. $55,582.92 in United States currency from the Morgan Stanley Account-1, seized by the Government on or about August 8, 2012; and

h. $52,212.75 in United States currency from the Morgan Stanley Account-2, seized by the Government on or about August 8, 2012;

(a. through h., collectively, with SEI Account-1, the "Forfeited Property");

WHEREAS, on or about June 11, 2013, the Notice of the Preliminary Order of Forfeiture was sent by Certified Mail, return receipt requested, to the following:

a. Steven R. Kartagener
   New York, New York

(the "Notice Party");

WHEREAS, on or about June 20, 2013, the Notice of the Preliminary Order of Forfeiture was sent by Certified Mail, return receipt requested, to the following:

a. William T. Ferris, III, Esq.
   Bracken, Margolin, Bresunder, LLP

>1050 Old Nichols Road, Suite 200
>Islandia, New York 11748

(together, with the Noticed Party, the "Noticed Parties");

WHEREAS, thirty (30) days have expired since final publication of the Notice of Forfeiture and no petitions or claims to contest the forfeiture of the Specific Property have been filed;

WHEREAS, the Defendant and the Noticed Parties are the only individuals and/or entities known by the Government to have a potential interest the Specific Property; and

WHEREAS, pursuant to Title 21, United States Code, Section 853(n)(7), the United States shall have clear title to any forfeited property if no petitions for a hearing to contest the forfeiture have been filed within thirty (30) days of final publication of notice of forfeiture as set forth in Title 21, United States Code, Section 853(n)(2);

NOW, THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED THAT:

1. All right, title and interest in the Specific Property is hereby forfeited and vested in the United States of America, and shall be disposed of according to law.

2. Pursuant to Title 21, United States Code, Section 853(n)(7) the United States of America shall and is hereby deemed to have clear title to the Specific Property.

3. The United States Marshals Service (or its designee) shall take possession

of the Specific Property and dispose of the same according to law, in accordance with Title 21, United States Code, Section 853(h).

Dated: New York, New York
November 10, 2025

SO ORDERED:

_____
HONORABLE VICTOR MARRERO
UNITED STATES DISTRICT JUDGE