USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/19/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
                               :

UNITED STATES OF AMERICA        :

                               :

          -v.-               :

                               :

JASON ABBATE,                  :

                               :

         Defendant.        :

                               :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

**AMENDED FINAL ORDER OF FORFEITURE AS TO CERTAIN SPECIFIC PROPERTY**

S1 10 Cr. 355 (VM)

WHEREAS, on or about June 14, 2012, this Court entered a Consent Preliminary Order of Forfeiture (the "Preliminary Order of Forfeiture") (D.E. 300), which ordered the forfeiture to the United States of all right, title and interest of JASON ABBATE (the "Defendant") in, *inter alia*, the following property:

    a.  All funds on deposit in Account number 9430570870 in the name of Jason Abbate, located at Fifth Third Bank (the "FTB Account"); and

    b.  All funds on deposit in Account number 404717A in the name of Jason Abbate, located at SEI Private Trust Company (the "SEI Account");

(a. and b., together, the "Specific Property");

WHEREAS, the Preliminary Order of Forfeiture directed the United States to publish, for at least thirty (30) consecutive days, notice of the Preliminary Order of Forfeiture, notice of the United States' intent to dispose of the Specific Property, and the requirement that any person asserting a legal interest in the Specific Property must file a petition with the Court in accordance with the requirements of Title 21, United States Code, Sections 853(n)(2) and (3). Pursuant to Section 853(n), the United States could, to the extent practicable, provide direct written notice to any person known to have an alleged interest in the Specific Property and as a substitute for published notice as to those persons so notified;

WHEREAS, the provisions of Title 21, United State Code, Section 853(n)(1), Rule 32.2(b)(6) of the Federal Rules of Criminal Procedure, and Rules G(4)(a)(iv)(C) and G(5)(a)(ii) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, require publication of a notice of forfeiture and of the Government's intent to dispose of the Specific Property before the United States can have clear title to the Specific Property;

WHEREAS, the Notice of Forfeiture and the intent of the United States to dispose of the Specific Property was posted on an official government internet site (www.forfeiture.gov) beginning on October 18, 2013, for thirty (30) consecutive days, through November 16, 2013, pursuant to Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty and Maritime Claims and Asset Forfeiture Actions and proof of such publication was filed with the Clerk of the Court on November 7. 2025 (D.E. 344);

WHEREAS, on or about June 11, 2013, the Notice of the Preliminary Order of Forfeiture was sent by Certified Mail, return receipt requested, to the following:

    a.  Steven R. Kartagener
       New York, New York

(the "Notice Party");

WHEREAS, on or about June 20, 2013, the Notice of the Preliminary Order of Forfeiture was sent by Certified Mail, return receipt requested, to the following:

    a.  William T. Ferris, III, Esq.
       Bracken, Margolin, Bresunder, LLP
       1050 Old Nichols Road, Suite 200
       Islandia, New York 11748

(together, with the Noticed Party, the "Noticed Parties");

WHEREAS, thirty (30) days have expired since final publication of the Notice of Forfeiture and no petitions or claims to contest the forfeiture of the Specific Property have been filed;

WHEREAS, the Defendant and the Noticed Parties are the only individuals and/or entities known by the Government to have a potential interest the Specific Property;

WHEREAS, on or about November 10, 2025, this Court entered a Final Order of Forfeiture (D.E. 347) (the "Final Order of Forfeiture") forfeiting, *inter alia*, all right, title and interest, in the following:

    a. $8,093.75 in United States currency from the FTB Account, seized by the Government on or about September 7, 2012 (the "Seized FTB Funds"); and

    b. $100,836.56 in United States currency from the SEI Account, seized by the Government on or about July 19, 2012 (the "Seized SEI Funds");

WHEREAS, following the entry of the Final Order of Forfeiture, the Government was advised that the Final Order of Forfeiture set forth the incorrect amount of funds constituting the Seized FTB Funds and Seized SEI Funds;

WHEREAS, the asset description for the Seized FTB Funds and Seized SEI Funds should be amended as follows:

    c. $8,096.48 in United States currency from the FTB Account, seized by the Government on or about September 7, 2012 ("Amended FTB Funds"); and

    d. $100,882.64 in United States currency from the SEI Account, seized by the Government on or about July 19, 2012 ("Amended SEI Funds")

(a. and b., together, the "Amended Forfeited Property");

WHEREAS, pursuant to Title 21, United States Code, Section 853(n)(7), the United States shall have clear title to any forfeited property if no petitions for a hearing to contest the forfeiture have been filed within thirty (30) days of final publication of notice of forfeiture as set forth in Title 21, United States Code, Section 853(n)(2);

NOW, THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED THAT:

1.      All right, title and interest in the Amended Forfeited Property is hereby forfeited and vested in the United States of America, and shall be disposed of according to law.

2.      Pursuant to Title 21, United States Code, Section 853(n)(7) the United States of America shall and is hereby deemed to have clear title to the Amended Forfeited Property.

3.      The United States Marshals Service (or its designee) shall take possession of the Amended Forfeited Property and dispose of the same according to law, in accordance with Title 21, United States Code, Section 853(h).

4.      The Final Order of Forfeiture is amended only as to the Amended Forfeited Property and should in all other respects remain unchanged and fully incorporated herein

Dated: New York, New York
March 19, 2026

SO ORDERED:

_____
HONORABLE VICTOR MARRERO
UNITED STATES DISTRICT JUDGE

4